UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJOLIBA NARCISSE,<br><br>        Plaintiff,<br><br>   v.<br><br>EZRA TAFESSE, et al.,<br><br>        Defendants. | Case No. 16-cv-00682-EJD (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on July 12, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Djoliba Narcisse.

   (  ) Warden or warden's representative

   (  ) Office of the California Attorney General

   ( X ) Other: Parry Black and Greg Fox.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   (  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

   (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: July 27, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DJOLIBA NARCISSE,

    Plaintiff,

v.

EZRA TAFESSE, et al.,

    Defendants.

Case No. 16-cv-00682-EJD (RMI)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Djoliba Narcisse ID: AN-5364
CMF
P.O. Box 2500
Vacaville, CA 95695

Dated: July 27, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Gloria Knudson, Deputy Clerk to the
    Honorable ROBERT M. ILLMAN